```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  ROBB C. ADKINS
    Assistant United States Attorney
 3  Chief, Santa Ana Office
    TERRI K. FLYNN (Cal. State Bar No. 204932)
 4  Assistant United States Attorney
         Ronald Reagan Federal Building & Courthouse
 5       411 West Fourth Street, Suite 8000
         Santa Ana, California 92701
 6       Telephone:  (714) 338-3592
         Facsimile:  (714) 338-3561
 7       E-mail: Terri.K.Flynn@usdoj.gov

 8  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 9
                    UNITED STATES DISTRICT COURT
10
                FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                         SOUTHERN DIVISION
12                                          SA MJ 08-580
    UNITED STATES OF AMERICA,  ) No. SA 08 _____-M
13                             )
              Plaintiff,       ) EX PARTE APPLICATION TO FILE ARREST
14                             ) WARRANTS, COMPLAINT AND SUPPORTING
              v.               ) AFFIDAVIT UNDER SEAL UNTIL OR UPON
15                             ) ARREST OF ANY SUBJECT; DECLARATION
    SALVADOR VERA, aka "Magic,") OF TERRI K. FLYNN
16  aka "Sas," ARMANDO VERA,   )
    aka "Mando,"               ) UNDER SEAL
17  JAVIER CAMACHO, aka        )
    "Primo,"                   )
18  JULIO AHUMADA,             )
    JOSE GOICOCHEA, aka        )
19  "Shorty,"                  )
    RUBEN GUERRERO OREJEL, aka )
20  "Crow,"                    )
    EDGAR MONDRAGON, aka       )
21  "Little Clown," ALEJANDRO  )
    BARRAGAN, aka "Gato,"      )
22  JESUS HIGAREDA, aka "Yogi,")
    GLORIA CALDERON,           )
23  ELMER DUARTE, aka "MeMe,"  )
    aka "Bugsy," SARAH STEWART,)
24  aka "Sarah Hammond,"       )
    FILIPP CHEBOTAREV,         )
25  LETICIA ISABEL SANCHEZ,    )
    SYLVIA MONDRAGON,          )
26                             )
              Defendants.      )
27  _____)

28
```

FILED
OCT 14 2008

1 | The United States of America hereby applies to this Court
2 | for an order permitting it to file the arrest warrants, complaint
3 | and the affidavit underlying the arrest warrants and complaint in
4 | the above-captioned proceeding under seal until or upon arrest of
5 | any subject.
6 | In support of this application, the government submits the
7 | attached Memorandum of Points and Authorities and the attached
8 | Declaration of Terri K. Flynn to likewise be filed under seal.
9 | DATED: October 14, 2008        Respectfully submitted,

THOMAS P. O'BRIEN
United States Attorney

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Office

_____
TERRI K. FLYNN
Assistant United States Attorney

MEMORANDUM OF POINTS AND AUTHORITIES

In its application, the United States has asked this Court to seal the arrest warrants, complaint and the affidavit underlying the arrest warrants and complaint. The Ninth Circuit has held on at least two occasions that federal district courts have the inherent power to seal affidavits in support of warrants. Offices of Lakeside Non-Ferrous Metals, Inc. v. United States, 679 F.2d 779 (9th Cir. 1982); United States v. Agosto, 600 F.2d 1256 (9th Cir. 1979). This inherent power may appropriately be exercised when disclosure of the affidavit would disclose facts which would interfere with an ongoing criminal investigation. Shea v. Gabriel, 520 F.2d 879 (1st Cir. 1979).

In the present case, as is set forth in the attached declaration of Terri K. Flynn, the disclosure of the arrest warrants, complaint and affidavit in this case would directly harm the government's on-going investigation of this matter by disclosing the nature of the government's investigation and allowing the defendants an opportunity to flee to Mexico to avoid arrest.

Accordingly, the government requests this Court to enter an order sealing the arrest warrants, complaint and affidavit in this case, as well as this application and memorandum, and the attached declaration, until or upon the arrest of any subject named in the affidavit.

## DECLARATION

I, Terri K. FLynn, declare:

1. I am an Assistant United States Attorney for the Central District of California and in that capacity have been assigned to represent the government in this investigation.

2. I have had discussions with Task Force Officer Steven Lodge ("TFO") the Santa Ana Gang Task Force, a federal task force composed of officers from the Federal Bureau of Investigation, the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Santa Ana Police Department.

3. TFO Lodge has informed me that he believes that release of information contained in the affidavit and related papers will likely impede the investigation of this case. Specifically, disclosure of the affidavit to the public will reveal information about an on-going investigation for which the targets of the investigation have not yet been arrested. Many of the targets, including the main target identified in the search warrant affidavit, have strong ties to Mexico. If alerted to the investigation, they may flee to Mexico.

4. TFO Lodge believes that if the targets of the on-going investigation learn of this investigation, the related complaints filed herewith, and of the cooperation of several sources of information, the targets may flee and/or destroy evidence.

Executed on October 14, 2008

_____
TERRI K. FLYNN
Assistant United States Attorney