FILED

2008 OCT 20  AM 10: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA08-580M-10 |
| GLORIA CALDERON  DEFENDANT(S). | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/18/08  3:00  ☒ AM / ☐ PM
2. Charges under which defendant has been booked at Metropolitan Detention Center ~~(MDC)~~ SANTA ANA:
   21 USC 841(a)(1) - Poss. w/ Intent To Distribute; 21 USC 846 Conspiracy to Distribute
3. Offense charged is a: ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor
4. U.S. Citizen: ☒ Yes  ☐ No  ☐ Unknown
5. Year of Birth: 1982
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district): N/A
8. Date detainer placed on defendant: N/A
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. N/A )
10. Name of Pretrial Services Officer: Dury
11. Remarks (if any): _____

12. Date: 10/20/08
13. Signature: [signed]
14. Name: Anthony Garcia
15. Title: Special Agent

CR-64 (07/05)                REPORT COMMENCING CRIMINAL ACTION