# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**ORIGINAL**

Case Number **SA CR 08-00280**
U.S.A. v. Gloria Calderon
☒ Indictment   ☐ Information

Defendant Number __7__
Date of Birth __1982__
Investigative Agency (FBI, DEA, etc.) __FBI__

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT 29
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

### OFFENSE/VENUE

a. Offense charged as a:   ☐ Petty Offense
   ☐ Misdemeanor  ☐ Minor Offense   ☒ Felony
b. Date of Offense: _____
c. County in which first offense occurred:
   __Orange County__
d. The crimes charged are alleged to have been committed in:
   CHECK **ALL** THAT APPLY
   ☐ Los Angeles    ☐ Ventura
   ☒ Orange         ☐ Santa Barbara
   ☐ Riverside      ☐ San Luis Obispo
   ☐ San Bernardino ☐ Other _____

Citation of offense: 21 U.S.C. §§ 846, 861(a)(1), 843(b); 18 U.S.C. § 922 (g)(8)

### RELATED CASE
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☒ No   ☐ Yes
   IF YES   Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____
_____

### PREVIOUSLY FILED COMPLAINT
A complaint was previously filed on: __October 14, 2008__
   Case Number: __SA 08-580 M__
   Charging: __21 U.S.C. § 841(a)(1), 846__

The Complaint:   ☒ is still pending
   ☐ was dismissed on: _____

### COMPLEX CASE
Are there 8 or more defendants in the Indictment/Information?
   ☒ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☒ Yes*          ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

### SUPERSEDING INDICTMENT/INFORMATION

This is the _____ superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
_____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge
_____

☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
   ☐ Yes*          ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
   ☐ Yes*          ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
   ☐ Yes           ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required:  ☐ Yes   ☐ No
IF YES, list language and/or dialect:
_____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

**OTHER**
- ☒ Male
- ☐ Female
- ☒ U.S. Citizen
- ☐ Alien
- Alies Name(s): _____

This defendant is charged in: ☐ All counts
☒ Only counts: ____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
- ☐ financial institution fraud
- ☐ public corruption
- ☐ government fraud
- ☐ tax offenses
- ☐ environmental issues
- ☐ mail/wire fraud
- ☒ Other: Conspiracy to Distribute and Posses with Intent to Distribute

**CUSTODY STATUS**
Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: 10/18/08
b. Posted bond at complaint level on: 10/20/08
   In the amount of $ 50,000
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive? ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☐ Yes ☒ No

Defendant is **IN** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____
Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____

Date: 10/27/08

Signature of Assistant U.S. Attorney

TERRI K. FLYNN
*Print Name*

CR-72 (07/05)     CASE SUMMARY     Page2 of 2